IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY

| | |
|---|---|
| MARK GROVE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 11-cv-2445 KHV/KGS |
| | ) |
| ZW TECH, INC., | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S REPORT OF FILED CLAIMS

David M. Eisenberg, of the law firm of Baker Sterchi Cowden & Rice, L.L.C., on behalf of defendant ZW Tech, Inc., submits to this Court the attached Statement of Filed Claims Affidavit (Exhibit A). The affidavit describes the claims administration process that has been followed in this case, and furnishes specific data on the distribution of class notice, and on the claims received through December 12, 2012.

Respectfully submitted,

/s/ David M. Eisenberg
David M. Eisenberg                KS#21329
BAKER STERCHI COWDEN & RICE, L.L.C.
2400 Pershing Rd., Ste. 500
Kansas City, MO  64108-2504
Telephone:    (816) 448-9343
Facsimile:    (816) 472-0288
eisenberg@bscr-law.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify on the 13th day of December, 2012 the above and foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, resulting in service upon all counsel of record.

/s/ David M. Eisenberg

4832-6530-0754, v. 1

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY

| | |
|---|---|
| MARK GROVE,  )  <br> )  <br> Plaintiff,  )  <br> )  <br> v.  )  <br> )  <br> ZW TECH, INC.,  )  <br> )  <br> Defendant.  ) | Case No. 11-cv-2445 KHV/KGS |

### AFFIDAVIT OF DAVID M. EISENBERG

David M. Eisenberg, being duly sworn, deposes and says:

1. I am over the age of 18 and am legally competent and capable of making this Affidavit.

2. The statements in this Affidavit are true and correct to the best of my knowledge, information, and belief.

3. I am counsel for defendant ZW Tech, Inc. in this matter, and am familiar with the Orders dated October 15, and 16, 2012 regarding the settlement of this case. Paragraph 8 (a) and (b) of the Court approved Settlement Agreement dated February 7, 2012 provided that "*… the Company shall ... mail the Notices and Claims Forms of the settlement to the Collective Action Members ... and to his or her last known address.*" As counsel for defendant, the law firm of Baker Sterchi Cowden & Rice, L.L.C. administered the claim forms and notices to the Collective Action Members.

4. Following Court approval of the parties' settlement, Plaintiffs' counsel and ZW Tech, Inc.'s counsel agreed upon a collective class settlement list that included a total of 61 class members residing in Kansas, Missouri and Illinois. Although the class that was certified originally included 77 persons, it was determined by counsel for the respective parties that 16 of the 77 individuals had not worked in excess of 40 hours in any work week, thus were not eligible to receive any funds under the settlement. Of those 61 class members who could assert claims, two could not be located and were without addresses. Follow-up efforts were made to locate those individuals, and one was found to be deceased, and the other could not be located.

5.      On November 2, 2012, in compliance with the deadlines outlined by the Court, the Collective Action Settlement Notice and FLSA Opt-In Settlement Consent Form and pre-addressed stamped envelope for return was mailed to the 59 class members for whom address information was available.

6.      Seven of the 59 notices were returned by the post office, due to no longer valid addresses. *Accurint* searches (an address tracking service of LexisNexis) were performed and when alternative addresses were located, the Collective Action Settlement Notice and FLSA Opt-In Settlement Consent Form were re-mailed between November 15, 2012 and December 5, 2012. Six of seven remained undeliverable.

7.      December 7, 2012 was the due date for the return of the executed FLSA Opt-In Settlement Consent Forms. Of the 59 persons to whom notices were sent, 24 were received on or before December 12, 2012 and payments will be processed to those 24 persons. A summary of the claims and amounts to be paid is attached hereto as Appendix 1. The amounts in Appendix 1 include service payments approved by the Court. Of the ten persons for whom service payments were approved, nine filed consent forms. The tenth, Nathan Oberg, did not file a form, and advised class counsel that he did not intend to do so.

8.      To the best of my knowledge, and based upon best efforts, ZW Tech, Inc. counsel and staff have taken all reasonable and prudent measures to locate and send notices to the entirety of the collective action settlement class.

_____
David M. Eisenberg

Subscribed and sworn to before me this 13th day of December, 2012.

_____
Anita K. Driscoll
Notary Public

My Commission Expires: 10/20/14

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY

MARK GROVE, )
)
      Plaintiff, )
)
v. ) Case No. 11-cv-2445 KHV/KGS
)
ZW TECH, INC., )
)
      Defendant. )

## APPENDIX 1 TO
## AFFIDAVIT OF DAVID M. EISENBERG

| No. | Claimant Name | Settlement Amount Due |
|---|---|---|
| 1. | Jason Brake | $3,208.79 |
| 2. | Tony Brown | $15.00 |
| 3. | Jason Bush | $ 1,131.75 |
| 4. | Willie Devine | $ 100.00 |
| 5. | Justin Dorries | $ 1,500.00 |
| 6. | Dominic Edelen | $ 770.75 |
| 7. | John Fly | $7.50 |
| 8. | Blake Ford | $ 969.69 |
| 9. | Mark Grove | $ 3,117.63 |
| 10. | Gary Hamlett | $ 1,564.25 |
| 11. | Victory Island | $2.50 |
| 12. | Keith Janesko | $ 2,487.88 |
| 13. | Jorge Mendez | $ 115.00 |

| No. | Claimant Name | Settlement Amount Due |
|---|---|---|
| 14. | Davis Morgan | $ 42.00 |
| 15. | Ken Ottens | $ 325.00 |
| 16. | Micco Poag | $ 865.00 |
| 17. | Chet Redmon | $ 361.88 |
| 18. | Reagan O. Roberts | $1,457.50 |
| 19. | Thomas Sawyer | $ 2,981.33 |
| 20. | Kevin Small | $ 506.25 |
| 21. | Arne Stennkamp | $ 351.56 |
| 22. | Ron Swearingen | $ 1,563.75 |
| 23. | Troy Tils | $ 1,421.38 |
| 24. | Rick Treas | $ 158.75 |